[Cite as *State ex rel. Weaver v. Sheehan*, 2023-Ohio-3890.]

## COURT OF APPEALS OF OHIO

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

STATE EX REL., DANIEL WEAVER,      :

    Relator,                     No. 113194

                      :

    v.

                      :

JUDGE BRENDAN SHEEHAN
ADMINISTRATIVE/PRESIDING
JUDGE,                        :

    Respondent.            :

---

### JOURNAL ENTRY AND OPINION

**JUDGMENT:** WRIT DENIED
**DATED:** October 20, 2023

---

Writ of Procedendo
Motion No. 568555
Order No. 568668

---

### *Appearances:*

Deanna Robertson, *for relator*.

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and James E. Moss, Assistant Prosecuting Attorney, *for respondent*.

EMANUELLA D. GROVES, J.:

{¶ 1} Daniel Weaver, the relator, has filed a complaint for a writ of procedendo. Weaver seeks an order from this court that compels Judge Brendan

Sheehan, the respondent, to render a ruling with regard to an application for expungement/sealing of the criminal conviction, filed November 6, 2020, in *State v. Weaver*, Cuyahoga C.P. No. CR-20-654316-A. Judge Sheehan has filed a motion for summary judgment that is granted.

{¶ 2} Attached to the motion for summary judgment is a copy of judgment entry, journalized October 12, 2023, which demonstrates that Judge Sheehan has granted Weaver's application for expungement/sealing of the criminal conviction in CR-20-654316-A. Relief is unwarranted because the request for a writ of procedendo is moot. Procedendo will not compel the performance of a duty that has already been performed. *State ex rel. Ames v. Pokorny,* 164 Ohio St.3d 538, 2021-Ohio-2070, 173 N.E.3d 1208; *Thompson v. Donnelly*, 155 Ohio St.3d 184, 2018-Ohio-4073, 119 N.E.3d 1292; *State ex rel. S.Y.C. v. Floyd*, 8th Dist. Cuyahoga No. 109602, 2020-Ohio-5189. *See also State ex rel. Williams v. Croce*, 153 Ohio St.3d 348, 2018-Ohio-2703, 106 N.E.3d 55; *State ex rel. Hopson v. Cuyahoga Cty. Court of Common Pleas*, 135 Ohio St.3d 456, 2013-Ohio-1911, 989 N.E.2d 49; *State ex rel. Fontanella v. Kontos*, 117 Ohio St.3d 514, 2008-Ohio-1431, 885 N.E.2d 220.

{¶ 3} Writ denied.

_____
EMANUELLA D. GROVES, JUDGE

MARY EILEEN KILBANE, P.J., and
MARY J. BOYLE, J., CONCUR